UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DUVELL MOZART EVERETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:11-cv-080-JMS-MJD |
| | ) | |
| CHARLES LOCKET, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The motion for notification [10] signed by Darnell Moon requests the court to recognize Mr. Moon as petitioner's "jailhouse lawyer" and to accept all motions and briefs filed by Mr. Moon on Mr. Everett's behalf. This request [10] is **denied** because pursuant to Rule 11 of the *Federal Rules of Civil Procedure*, every filing must be signed by an attorney of record or by the unrepresented party. Mr. Moon has not appeared as an attorney licensed to practice in this district and a non-attorney cannot represent an individual in federal court.

2. In addition to the motion for notification, Mr. Moon "filed" a motion for enlargement of time to file a reply. This motion [11] is **denied** for two reasons: 1) the motion is not signed by the petitioner, Mr. Everett, and 2) the motion is premature because the respondent has not yet filed his response to the petition for a writ of habeas corpus. The petitioner's reply is due thirty days after service of the respondent's response.

**IT IS SO ORDERED.**

Date: 06/14/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

DUVELL MOZART EVERETT
No. 33321-183
TERRE HAUTE - USP
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808